CATHERINE M. CLAESSENS, Individually and as Guardian ad Litem of ANTONITA M. LAURENCE, an Infant, Respondents, *v.* CITY OF TROY, Appellant.

Argued November 14, 1947; decided November 21, 1947.

*John H. Broderick* and *Henry S. Bayly* for appellant.
*E. Stewart Jones* and *W. Joseph Shanley* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.